UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR24 (AVC) |
| V. | : | |
| FRANK S. CHUANG, | : | |
| L-C ASSOCIATED, INC. and | : | |
| L-C ASSOCIATE, P.C., | : | |
|     A CONSULTING ENGINEER | : | November 9, 2004 |

## MOTION FOR CONTINUANCE OF SENTENCING

The defendant, Frank S. Chuang, in the above action, respectfully moves the court to extend the date for sentencing in the above-captioned matter for sixty days from the scheduled date of December 7, 2004 for the following reason:

1. The Defendant has yet to receive a report from the Government's psychiatrist.

2. Defendant's counsel needs additional time to receive the Government's report, respond to said report, and prepare for sentencing.

3. The Assistant United State's Attorney has no objection to this motion for continuance.

**ORAL ARGUMENT IS NOT REQUESTED.**

Dated at Hartford this 9th of November, 2004.

                                    **DEFENDANT**

                                    **FRANK S. CHUANG**

By _____
Austin McGuigan, Esq.
Federal Bar No. CT19174
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
His Attorney

## CERTIFICATE OF SERVICE

    This is to certify that on the 9th of November, 2004, a copy of the foregoing was mailed, postage prepaid, via U.S. mail, to:

James A. Wade, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

                                                        Austin McGuigan

385482