UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR24 (AVC) |
| V. | : | |
| FRANK S. CHUANG, | : | |
| L-C ASSOCIATED, INC. and | : | |
| L-C ASSOCIATE, P.C., | : | |
|     A CONSULTING ENGINEER | : | November 9, 2004 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Frank S. Chuang, in the above action, respectfully moves the Court to modify the conditions of release to allow the defendant to travel to Kaoshiung, Taiwan on December 17, 2004 and return to the United State's on December 24, 2004. Approximately three months ago Dr. Chuang's mother, Chin-Mei Chen Chuang, fell ill and her health has quickly deteriorated ever since. Dr. Chuang has not seen his mother in nearly two years and would like to travel to Taiwan to see her before he is sentenced. Dr. Chuang fears that this may be his last opportunity to see his mother. [Please find a letter from Dr. Hua Heng Zhi as well as a translation by Dr. Henry Lee attached as **Exhibit A**.]

    The undersigned and Dr. Henry Lee are scheduled to travel to Taiwan via China Air on December 17; returning on December 24, 2004. [Please see Dr. Lee's itinerary attached as **Exhibit B**.] Dr. Lee has offered to escort Dr. Chuang to Taiwan and will ensure his return to the United States. Dr. Lee ensures that he will have custody of Dr. Chuang's passport prior to Dr. Chuang's passing through customs upon exiting the United States and will confiscate it after passing through customs in Taiwan. In this manner, Dr. Chuang will not have the ability to use his passport for any purpose other than the one stated above. Upon Dr. Chuang's re-entry into the United States, Dr. Lee will again confiscate Dr. Chuang's passport and return it to the appropriate government authority.

The Assistant U.S. Attorney has expressed an objection to this Motion; nevertheless, if the Court in inclined to grant the Motion, the Assistant U.S. Attorney has asked that the above mentioned conditions be imposed.

**ORAL ARGUMENT IS NOT REQUESTED.**

Dated at Hartford this 9th of November, 2004.

**DEFENDANT**

**FRANK S. CHUANG**

By _____
Austin McGuigan, Esq.
Federal Bar No. CT19174
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
His Attorney

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

2

## CERTIFICATE OF SERVICE

This is to certify that on the 9th of November, 2004, a copy of the foregoing was mailed, postage prepaid, via U.S. mail, to:

James A. Wade, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Katya Lopez
United State's Probation Officer
U.S. Probation Office
450 Main Street
Hartford, CT 06103

_____
Austin McGuigan

11911-1/388145

3

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726



EXHIBIT A

# STATE OF CONNECTICUT



DEPARTMENT OF PUBLIC SAFETY
DIVISION OF SCIENTIFIC SERVICES

Dr. Henry C. Lee  
*Chief Emeritus*

Major Timothy Palmbach  
*Commanding Officer*

November 8, 2004

Austin J. McGuigan, Esq.
Rome, McGuigan, P.C.
1 State Street
Hartford, CT  06103

Dear Austin:

As a follow-up to our recent conversation enclosed is my itinerary for my trip to Taiwan in December 2004.  I am visiting Taiwan on official business attending a police conference and having meetings on educational issues.  I am in the process of setting up an appointment for you to meet the chief prosecutor.  I am leaving New York on December 17 and returning on December 24.

I verified the orthopedic clinic patient information written in Chinese on Frank Chuang's mother, Chin Mei Chen Chuang.  It is correct and accurate and I am enclosing my English translation of that information.  She is in deteriorating health due to aging, arthritis and surgery for a recent broken hip.  In addition to all of these complications she is suffering from malaise.  She will probably never walk and needs 24-hour home care and regular nursing attention.  Due to her advanced age and severe medical condition I think it advisable for Frank Chuang to visit his ailing mother as soon as possible.

Frank Chuang can travel round-trip to Taiwan in December with me.  I will hold his passport once he clears Taiwan customs and be responsible for his return to the United States.

Sincerely,

Dr. Henry C. Lee

HCL:vrs
enclosures

# CHANG QUEN ORTHOPEDIC CLINIC

## Patient Information

| | |
|---|---|
| Name | –Chin Mei Chen Chuang |
| Gender | - Female |
| Age | - 85 |
| Date of Birth | - 9/2/1919 |
| Id # | - E201012261 |
| Address | - 126 Gui Sui Street, Lin 21, An Dong Li, San Ming Qu, Kaoshiung City, Taiwan, Republic of China |
| Date of Visit | -11/8/2004 |

## Doctor's Diagnosis

Patient No. – 760

Description of Illness -- While the broken right hip is going through the surgery healing process, right knee is deteriorated with arthritis also impacting many bone joints throughout the body. Patient experiences severe pain and still cannot walk.

Diagnosis - Bone joints are deteriorated due to aging and arthritis. Due to age, deteriorating health and immobility patient suffers from malaise. She probably will not be able to walk. Patient needs 24-hour home care nurse's attention.

I certify that the above stated is true.

Signed: Dr. Hua Heng Zhi
License # Taiwan M.D. 018969

Dated: 11/8/2004

# Dr. Lee's Taiwan Itinerary

| Date | Schedule | |
|---|---|---|
| 12/17/04 | Depart NYC JFK at 12:00 am on CI 10 arrive Taipei on 12/19/04 6:30 am | Chief Chen, Taiwan National Police will meet Dr. Lee and others at airport |
| 12/20/04 | AM Meeting<br>PM Lecture<br>    Topic: Forensic Evidence in Criminal Investigation | National Police HQ |
| | Dinner Hosted by: | Dr. Tsi, President<br>886 3 328-2604 |
| 12/21/04 | 2005 International Forensic Conference Planning Committee Meeting | Ministry of Justice<br>Bureau of Investigation<br>Chief Liu<br>(o) 02 2911 4950<br>(c) 912 003 786 |
| | Dinner Hosted by: | General Wu |
| 12/22/04 | Meeting Site Inspection | MJIB |
| | Dinner Hosted by: | General Cheng |
| 12/23/04 | Visit Police Department & Lecture | Chief Yeh<br>886 937 990 066 |
| 12/24/04 | Leave Taipei for NYC JFK on CI 102 arrive in NYC on 12/24/04 at 11:00 pm | |

EXHIBIT B