3:03CR22 (AVC) November 9, 2004. The motion to continue sentencing (document no. 48) is GRANTED. The defendant shall be sentenced on February 8, 2005 at 11:00 a.m. SO ORDERED.

FILED Alfred V. Covello, U.S.D.J.

2004 NOV 17 P 4 04

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR22 (AVC) |
| V. | : | |
| FRANK S. CHUANG, | : | |
| L-C ASSOCIATED, INC. and | : | |
| L-C ASSOCIATE, P.C., | : | |
| A CONSULTING ENGINEER | : | November 9, 2004 |

FILED 2004 NOV 10 A 10 20 DISTRICT COURT HARTFORD, CT.

### MOTION FOR CONTINUANCE OF SENTENCING

The defendant, Frank S. Chuang, in the above action, respectfully moves the court to extend the date for sentencing in the above-captioned matter for sixty days from the scheduled date of December 7, 2004 for the following reason:

1.  The Defendant has yet to receive a report from the Government's psychiatrist.

2.  Defendant's counsel needs additional time to receive the Government's report, respond to said report, and prepare for sentencing.

3.  The Assistant United State's Attorney has no objection to this motion for continuance.

**ORAL ARGUMENT IS NOT REQUESTED.**

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726