FILED
2004 NOV 10 A 10: 20
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR22(AVC) |
| V. | : | |
| FRANK S. CHUANG, | : | |
| L-C ASSOCIATED, INC. and | : | |
| L-C ASSOCIATE, P.C., | : | |
|     A CONSULTING ENGINEER | : | November 9, 2004 |

### MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Frank S. Chuang, in the above action, respectfully moves the Court to modify the conditions of release to allow the defendant to travel to Kaoshiung, Taiwan on December 17, 2004 and return to the United State's on December 24, 2004. Approximately three months ago Dr. Chuang's mother, Chin-Mei Chen Chuang, fell ill and her health has quickly deteriorated ever since. Dr. Chuang has not seen his mother in nearly two years and would like to travel to Taiwan to see her before he is sentenced. Dr. Chuang fears that this may be his last opportunity to see his mother. [Please find a letter from Dr. Hua Heng Zhi as well as a translation by Dr. Henry Lee attached as **Exhibit A**.]

      The undersigned and Dr. Henry Lee are scheduled to travel to Taiwan via China Air on December 17; returning on December 24, 2004. [Please see Dr. Lee's itinerary attached as **Exhibit B**.] Dr. Lee has offered to escort Dr. Chuang to Taiwan and will ensure his return to the United States. Dr. Lee ensures that he will have custody of Dr. Chuang's passport prior to Dr. Chuang's passing through customs upon exiting the United States and will confiscate it after passing through customs in Taiwan. In this manner, Dr. Chuang will not have the ability to use his passport for any purpose other than the one stated above. Upon Dr. Chuang's re-entry into the United States, Dr. Lee will again confiscate Dr. Chuang's passport and return it to the appropriate government authority.

**Rome McGuigan, P.C.** • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

(Margin annotation: 3:03CR22(AVC) November 19, 2004. GRANTED, upon compliance with the conditions in the within motion (doc. no. 49). SO ORDERED. Alfred V. Covello, U.S.D.J.)

(Stamp: FILED 2004 NOV 19 P 3:14 U.S. DISTRICT COURT HARTFORD, CT)