UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR24 (AVC) |
| V. | : | |
| FRANK S. CHUANG,<br>L-C ASSOCIATED, INC. and<br>L-C ASSOCIATE, P.C.,<br>    A CONSULTING ENGINEER | :<br>:<br>:<br>: | NOVEMBER 30, 2004 |

### AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE

On November 9, 2004 the defendant, Frank S. Chuang, in the above action, moved the Court to modify the conditions of release to allow the defendant to travel to Kaoshiung, Taiwan on December 17, 2004 and return to the United States on December 24, 2004 under the escort of Dr. Henry Lee. That Motion was granted.

Due to a lack of availability on China Air, Dr. Lee has changed his itinerary to a departure date of December 15, 2004. The return date remains the same. [A copy of Dr. Lee's itinerary is attached.] The defendant respectfully moves the Court to allow him to leave on December 15, 2004 and return on December 24, 2004 under the escort of Dr. Lee.

**ORAL ARGUMENT IS NOT REQUESTED.**

Dated at Hartford this 30th of November, 2004.

DEFENDANT
FRANK S. CHUANG

By _____
    Austin McGuigan, Esq.
    Federal Bar No. CT19174
    Rome McGuigan, P.C.
    One State Street
    Hartford, CT 06103-3101
    860-549-1000
    860-724-3921 (fax)
    His Attorney

2

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CERTIFICATE OF SERVICE

This is to certify that on the 30th of November, 2004, a copy of the foregoing was mailed, postage prepaid, via U.S. mail, to:

James A. Wade, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Austin McGuigan

11797-1/389634

# EXHIBIT A

FROM : ELF,LLC              PHONE NO. : 8605637293              Nov. 30 2004 01:14PM P2

TOTAL P.01

```
CHINA AIRLINES LTD.
NEW YORK BRANCH OFFICE
633 3RD AVENUE, 8TH FLOOR,
NEW YORK, NEW YORK 10017
TEL 800 2275118          917-3602000
FAX 212-867-3190

                PASSENGER   ITINERARY            19NOV 2004

PASSENGER NAME :  1. LEE/HENRYCDR         ← Dr. Henry Lee
                  2. LEE/MARGARET

RECORD LOCATOR :  K6RPF8

FLIGHT RESERVATION
-------------------

DATE    FLIGHT   AIRPORT  FROM/TO          TIME   CLASS STATUS
-----   ------   -------------------       ----   ------------
15DEC   CI  11   JFK-JOHN F KENNEDY INTL   2240   O   CONFIRMED
17DEC            TPE TAIPEI                0730

24DEC   CI  12   TPE-TAIPEI                1630   O   CONFIRMED
24DEC            JFK-JOHN F KENNEDY INTL   2110

SEAT SELECTION:  CI11C15DEC    1-1G  2-1K
                 CI12C24DEC    1-4A  2-4B


* INTERLINE STATUS IS FOR REFERENCE ONLY *
* PLEASE CHECK IN AT AIRPORT 2 HOURS BEFORE FLIGHT DEPARTURE *
* FOR DELHI AIRPORT (ECONOMIC CLASS PASSENGER ONLY)
  PLEASE CHECK IN AT AIRPORT 3 HOURS BEFORE FLIGHT DEPARTURE *

THANKS FOR FLYING CHINA AIRLINES AND WISH YOU A NICE TRIP.


19NOV 2059Z WY
NYC CI



CHINA AIRLINES LTD.
NEW YORK BRANCH OFFICE
633 3RD AVENUE, 8TH FLOOR,
NEW YORK, NEW YORK 10017
TEL 800-2275118          917-3602000
FAX 212-867-3190

                PASSENGER   ITINERARY            19NOV 2004

PASSENGER NAME :  1. CHUANG/FRANKSMR       ← Frank Chuang

RECORD LOCATOR :  K3JFPL

FLIGHT RESERVATION
-------------------

DATE    FLIGHT   AIRPORT  FROM/TO          TIME   CLASS STATUS
-----   ------   -------------------       ----   ------------
15DEC   CI  11   JFK-JOHN F KENNEDY INTL   2240   J   CONFIRMED
17DEC            TPE-TAIPEI                0730

24DEC   CI  12   TPE-TAIPEI                1630   J   CONFIRMED
24DEC            JFK-JOHN F KENNEDY INTL   2110

SEAT SELECTION:  CI11C15DEC    1-1A
                 CI12C24DEC    1-3D


* INTERLINE STATUS IS FOR REFERENCE ONLY *
* PLEASE CHECK IN AT AIRPORT 2 HOURS BEFORE FLIGHT DEPARTURE *
* FOR DELHI AIRPORT (ECONOMIC CLASS PASSENGER ONLY)
  PLEASE CHECK IN AT AIRPORT 3 HOURS BEFORE FLIGHT DEPARTURE *

THANKS FOR FLYING CHINA AIRLINES AND WISH YOU A NICE TRIP
```

*Handwritten annotation:* Same airline and Same flight # and Time.