FILED
2004 DEC -3 P 12: 43
U.S. DISTRICT COURT
HARTFORD, CT.

FILED
2004 NOV 30 P 3: 48

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR22 (AVC) |
|---|---|---|
| V. | : | |
| FRANK S. CHUANG, L-C ASSOCIATED, INC. and L-C ASSOCIATE, P.C., A CONSULTING ENGINEER | : : : : | NOVEMBER 30, 2004 |

### AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE

On November 9, 2004 the defendant, Frank S. Chuang, in the above action, moved the Court to modify the conditions of release to allow the defendant to travel to Kaoshiung, Taiwan on December 17, 2004 and return to the United States on December 24, 2004 under the escort of Dr. Henry Lee. That Motion was granted.

Due to a lack of availability on China Air, Dr. Lee has changed his itinerary to a departure date of December 15, 2004. The return date remains the same. [A copy of Dr. Lee's itinerary is attached.] The defendant respectfully moves the Court to allow him to leave on December 15, 2004 and return on December 24, 2004 under the escort of Dr. Lee.

**ORAL ARGUMENT IS NOT REQUESTED.**

Dated at Hartford this 30th of November, 2004.

3:03CR22(AVC) December 3, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

Rome McGuigan, P.C. • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726