UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR24 (AVC) |
| V. | : | |
| FRANK S. CHUANG, | : | |
| L-C ASSOCIATED, INC. and | : | |
| L-C ASSOCIATE, P.C., | : | |
| A CONSULTING ENGINEER | : | January 27, 2004 |

## MOTION FOR CONTINUANCE OF SENTENCING

The defendant, Frank S. Chuang, in the above action, respectfully moves the Court to continue his sentencing, which is now scheduled for February 8, 2005. The defendant requests the continuance for the following reason:

As the Court is aware, on December 26, 2004 major areas of South East Asia and Eastern Africa were devastated by a major tsunami, caused by a major earthquake off the coast of Indonesia. Approximately 200,000 people were killed by the tsunami itself, yet many health experts agree that the number of dead could explode from the ancillary effects of disease and starvation. In Sri Lanka alone the death toll has reached 30,916 people with at least 20,000 still missing and presumed dead. Officials fear the final death toll will reach 60,000 souls [Please see South Asian Analysis Group "**SAAG**" attached as **Exhibit A**.].

Dr. Henry C. Lee has recently offered his expertise in D.N.A. analysis to the government of Sri Lanka to aid in the identification of the tens of thousands of unidentified victims. While corresponding with Sri Lankan officials, Dr. Lee was made aware of the over 1.7 billion dollars worth of damage to Sri Lanka's infrastructure. [Please see ABC News report attached as **Exhibit B**.] Dr. Lee contacted the defendant, Dr. Frank Chuang, and informed him of the human and environmental disaster that Sri Lanka faces. Dr. Chuang offered his voluntary assistance and Dr. Lee contacted organizations in Sri Lanka, regarding Dr. Chuang's

expertise in the field of environmental and structural engineering and willingness to volunteer. [Please see Dr. Lee's letters attached as **Exhibit C**.]

The undersigned asks that the Court allow Dr. Chuang to travel to Sri Lanka to aid in the rebuilding of Sri Lanka's tattered infrastructure. Dr. Chuang's Ph.D. in Environmental Engineering as well as his experience as a construction engineer makes him an ideal candidate for the challenging task of ameliorating the devastation that the people of Sri Lanka face. [Please see Dr. Chuang's curriculum vitae attached as **Exhibit D**.]

Dr. Chuang has offered his services to two non-governmental organizations, Help-O & Green Movement of Sri Lanka, and the Sarodaya Shramadana Movement, and has received positive responses from both organizations. [Please see correspondence letters attached as **Exhibit E**.] As the Court can see, the organizations' planning and preparation processes are in their nascent stages, and the organizations require time to provide Dr. Chuang with a detailed proposal of their specific needs and requirements.

The undersigned has met with the United State's Probation Officers Brian Topor and Katya Lopez regarding this proposal. Both Mr. Topor and Ms Lopez voiced no objection to the continuance of Mr. Chuang's sentencing or to the proposed work in Sri Lanka, and that no agreements are made with regard to a reduction in any sentence of incarceration or home confinement that Dr. Chuang may face.

The undersigned also spoke with the Assistant U.S. Attorney on this case, William Nardini. Attorney Nardini expressed no objection to continuing the sentencing for thirty days. Attorney Nardini has asked that a more specific proposal be submitted to the Court within 14 days for consideration at which time Attorney Nardini will either object or join the Motion to allow Dr. Chuang to perform the humanitarian work in Sri Lanka.

**ORAL ARGUMENT IS NOT REQUESTED.**

Dated at Hartford this 27th day of January, 2005.

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

DEFENDANT
FRANK S. CHUANG

By_____
      Austin Ryan McGuigan, Esq.
      Federal Bar No. CT19174
      Rome McGuigan, P.C.
      One State Street
      Hartford, CT  06103-3101
      860-549-1000
      860-724-3921 (fax)
      His Attorney

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of January, 2005, a copy of the foregoing was mailed, postage prepaid, via U.S. mail, to:

James A. Wade, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Katya Lopez
United State's Probation Officer
U.S. Probation Office
450 Main Street
Hartford, CT 06103

_____
Austin Ryan McGuigan

11797-1/393215

***Rome McGuigan, P.C.*** • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

# EXHIBIT A



# South Asia Analysis Group

Paper no. 1213         05. 01. 2005

HOME

PAPERS

NOTES

FORUM

SEARCH

FEEDBACK

LINKS

## TSUNAMI: *SECURITY IMPLICATIONS IN SRI LANKA*

Guest Column-by Col R Hariharan (retd.)

The Tsunami that played havoc in millions of lives in ten countries of Asia had particularly been severe on Sri Lanka. While the final cost of the havoc in terms of human lives, material and infrastructure may well never be known. However, the world has responded with it all its heart to rush relief to the area. Sri Lanka and Thailand have been the focus of the Western world, undoubtedly because a large number of European tourists were spending a Christmas weekend on the sunny beach resorts of these countries. Troops, warships and air force elements of many countries including India, USA, United Kingdom, Pakistan and even Bangladesh are moving in Indian Ocean region rendering help to the Tsunami hit people of Indonesia, Maldives, Sri Lanka and Thailand. A significant aspect of these efforts is the attempt by the U.S. to bypass the U.N. in putting together a separate assistance 'consortium' with India and Australia to canalize the relief effort. In all about 20 U.S. military ships and more than 10,000 Marines and sailors have been mobilized for the relief operation in the Indian Ocean region. This is the largest U.S. military concentration in Asia since the Vietnam War ended in 1975. This of course is a side act in the global power play.

Significantly, the Tsunami may also change the fate of two areas virtually under the control of separatist movements in Indonesia and Sri Lanka. Aceh in Indonesia, the ground zero of the Tsunami, had been the heartland of Free Aceh movement with a strong following. The northeast province of Sri Lanka, where LTTE is virtually running a parallel government, has faced the maximum brunt of tsunami fury. Media reports from Colombo estimate the confirmed death toll in Sri Lanka at 30,916 with at least 20,000 more missing in the LTTE controlled areas of northeast. As these figures are being revised hourly, the final death toll may reach 60,000 – equalling the estimated death toll of the two-decade long Tamil Eelam conflict. According to UNICEF Executive Director Ms Carol Bellamy 50 percent of the estimated dead are probably children. Thirty nations are involved in the relief operations with many sending smaller medical teams. India responded within hours of the Tsunami to reach out to Sri Lanka. India probably has the largest compliment of foreign armed forces

with 2000 naval personnel, and five warships with a dozen helicopters involved in the relief work.

The security implications of the Tsunami on the Tamil insurgency in Sri Lanka are of special interest to South Asia, particularly India. There are three aspects in realistically assessing the impact of the damage on the security situation. These are – infrastructure and terrain implications, design of operations and elements of intervention.

Available information suggests that the infrastructure damage in the northeast has been borne mainly by Mullaitivu coastal region and the Batticaloa-Amparai region. Of these, Mullaitivu in the North and Amparai in the south have been hit the hardest. Mullaitivu does not have a very well developed infrastructure. So the damage has been in human casualties. But infrastructure damage in the East is significant. According to the TamilNet, Col. Bhanu, a senior commander of the Liberation Tigers, who is directing the humanitarian operations, has said that in the east and southeast coast of Sri Lanka extensive damage had been caused to the coastal road network. Many areas are still marooned, hindering relief and rescue work. The Tsunami has destroyed the Arugambay Bridge across the Pottuvil lagoon's main estuary and very close to the sea. As a section of the bridge was knocked out it will not be easy to repair. Similarly the Oluvil bridge (Kaliyodai Paalam) also has been destroyed. As it is an important link on the southeastern costal arterial road, movement to areas south of Kalmunai would be greatly impeded. According to LTTE in some of the important Tamil villages like Pandiruppu, Karaithivu, Thambiluvil and Thirukovil all buildings, homes and other structures up to 500 metres from the shore have been completely wiped out. In these places the Tigers enjoy significant support.  As a result of the destruction, LTTE forces are involved in a major relief operation in the area, with their limited engineer capability deployed to carry out temporary repairs. But to put back the infrastructure they would need heavy engineer effort available only to the government and Sri Lanka forces. This would imply reduction in LTTE's maneuverability and offensive capability, leaving the initiative with Sri Lankan forces. The latter have air lift capability as well as regular engineer units to create the operational infrastructure needs. Karuna loyalists numbering about 500 are believed to be using jungle hideouts in Thoppigala area, northeast of Batticaloa, and in the Aralaganwilla-Maha Oya area, east of Batticaloa. These areas were probably outside the ambit of the Tsunami destruction.  They also can pose a threat to LTTE, which is strung up along the coastal area. Perhaps understanding the gravity of the situation LTTE has moved a large number of troops to the east from the north, ostensibly with supplies for relief work. The Malathy Infantry Regiment has also arrived there along with head of LTTE women's wing, Ms. Thamilini, and deputy head of political division for Jaffna, Mr. Semmanan. In Mullaitivu area, in all likelihood the boat landing facilities of LTTE are probably no more; this will be a

significant set back as it will delay the unloading of overseas military supplies risking hostile operational reaction from Sri Lanka Navy.

Natural calamities are great levellers because they affect friend and foe alike. Ultimately who is affected more and who is smart to recoup by resourcefully adopting his operational approach to a changed environment will determine the military success. Before the Tsunami struck LTTE held the initiative in the stalled peace process; it could talk of taking up the hard option to resume the operations. LTTE's strength came from its hold on the territory and tactical advantage it enjoyed in the peace process. In the hour of calamity, the priority of both sides will be to bring back normalcy in the lives of the people. LTTE has not given out the details of loss of lives among its armed cadres (barring three persons washed away by Tsunami waves as given by Soosai). However, there is bound to be some deaths among its troops. With all the troops committed to its stretched relief work, and a part of it sent to the East, LTTE force levels for operations are depleted now. In actual terms, perhaps it has also lost the military initiative it had. The Sri Lankan forces are also depleted with their own losses and large-scale involvement in relief work. However, if there is a showdown, the presence of foreign troops – particularly from the U.S. and India in Sri Lanka – involved in relief work could make a world of difference. As a seasoned campaigner, Prabhakaran will be aware of this danger. In case of a military operation, additional airlift capability now available to Sri Lanka from the foreign helicopters employed in relief work would be formidable. These forces also have added to infrastructure restoration and repair capability. Similarly the foreign naval ships can create a strong cordon to prevent external access to LTTE. This is the reason for LTTE's strong objection to presence of foreign troops, particularly from the U.S.

At present, Galle on the West coast is the focus of operations of three Indian Naval ships and the U.S. Marine survey team. Several hundred U.S.Marines were to be deployed there to provide ``limited engineering capability'' for repairing roads and other damaged infrastructure, as well as help in the distribution of food. The Bonhomme Richard, U.S. navy's multi purpose assault ship carrying more than 1,300 Marines, with five hovercraft and 20 helicopters sailed off a few days back to provide assistance to Sri Lanka. Its presence in Sri Lanka would have tremendously boosted the capability of Sri Lanka forces. But Sri Lanka President Chandrika Kumaratunga, who had second thoughts in view of LTTE (and probably JVP) objections to the presence of U.S. troops, scaled down her request for help. Now only U.S. helicopters will be involved in the relief work. As a result of this, the Bonhomme Richard and another U.S. naval ship USS Duluth cancelled plans to participate in relief work in Sri Lanka and have instead joined the aircraft carrier USS Abraham Lincoln and its battle group off Sumatra. The USS Mount Rushmore, carrying a smaller contingent of Marines, is expected to

reach Sri Lanka shortly. But the presence of a US battle group in the proximity of Sri Lanka is still militarily significant.

The diplomatic move of the Sri Lankan President of calling off the U.S. forces appears to have satisfied the LTTE for the time being. Regional and local task forces comprising a government representative, an LTTE political officer, an aid official of the Tamil Rehabilitation Organization, and a representative of an international charity group or UN body now guide relief operations in the LTTE-controlled areas. Earlier LTTE propaganda machines as well as NGOs had highlighted the neglect of northeast by the government of Sri Lanka. UNICEF Executive Director Ms Bellamy who met LTTE leaders including S.P. Thamilchelvan during a visit to Mullaitivu last Monday said she did not receive any complaints from them about government relief supplies not reaching LTTE-run areas. Col. Bhanu of LTTE paid a rare compliment to his opponents, saying, "The Special Task Force (STF) has been helpful to civilians in the Amparai district. They rescued several people hit by the Tsunami and helped retrieve bodies. Their work has been commendable in that region… The LTTE and the STF are able to discuss and coordinate several issues in order to facilitate assistance to the people." LTTE also appears to have understood the need for legitimacy, cooperation and transparency in handling the relief operations. In a press note appealing for help it said: "We welcome any individuals or organisations, irrespective of origin, to visit the devastated areas, see for themselves the devastation, meet the displaced in the welfare centres and verify the mechanism structured at the District level to ensure all relief is registered for accountability and transparency. The District level structure, inclusive of the Government Agent, INGO's, NGO's and civil society representatives has proven to be an effective mechanism. The efficacy of this mechanism has been the subject of commendation by visiting INGO's, Heads of UN agencies and the like. Anybody can have unfettered access and it is not true that relief convoys are returned by the LTTE. Neither is tax imposed on humanitarian relief consignments."

The Tsunami has underlined two things. The ability of LTTE to take up organized relief work. In the words of a foreign media reporter, "Within minutes of the disaster, soldiers of the Liberation Tigers for Tamil Eelam, or LTTE, were evacuating survivors and pulling bodies from the still-roiling water, villagers and aid workers said. In a well-practised drill, squads set up roadblocks to control panic and prevent looting. Others requisitioned civilian vehicles to move the injured to hospitals. Many donated blood… By the end of the first day, the first refugee centres were set up. Women in the Tigers' camouflage uniforms began registering the survivors and recording the relief items they received - ensuring no one got more than he should." This is an indicator of high standard of LTTE's discipline and efficiency. On the other hand, it also brought out the dependence of Tamil Eelam on the rest of Sri Lanka for help in times of distress. Repeatedly

LTTE had sought external intervention to get the relief convoys move from the South.  One can only hope a synergy of both will be put to use for the benefit of the people of Sri Lanka rather than their destruction.

The Sri Lanka - LTTE relations were on the brink of war on Christmas day. The Tsunami on the very next day has done what the mediators could not do earlier; it has brought both the LTTE and the government closer as "brothers in misery" to quote the words of Sri Lanka Prime Minister Mahinda Rajapakse. This is a welcome change in an otherwise gloomy political atmosphere. International community can only hope that the joint relief efforts will break the cycle of distrust and build the level of confidence to give life to the peace process.

*(Col R Hariharan, an MI specialist in counter-insurgency intelligence, served with the IPKF as Head of Intelligence in Sri Lanka. E-mail: colhari@yahoo.com)*

<u>Back to the top</u>

<u>Home</u>  | <u>Papers</u> | <u>Notes</u> | <u>Forum</u> | <u>Search</u> | <u>Feedback</u>  | <u>Links</u>

Copyright © South Asia Analysis Group
All rights reserved. Permission is given to refer this on-line document for use in research papers and articles, provided the source and the author's name are acknowledged. Copies may not be duplicated for commercial purposes.

# EXHIBIT B



| News | ABC Radio | ABC TV | Public Affairs | Rural | Asia Pacific | Sport | | |
|------|-----------|--------|----------------|-------|--------------|-------|--|--|
| Kids | Youth | Science | Arts & Culture | Education | Indigenous | ABC In your Area | Health | |



## News Home
## Top Stories
## Just In
## World
## Australia/Local
## Business
## Politics
## Weather
## Sport
## Health
## Arts
## Sci-Tech
## Media
## Environment
## Rural
## Indigenous
## Offbeat
## In-Depth
## Forums
## Services
## Help/Site Map

## Programs



**ABC News BULLETIN**

Real Broadband
Real Dial-up
Win Broadband
Win Dial-up

**Last Update:** Thursday, January 6, 2005. 7:51am (AEDT)

 Print
Email



Dalugoda Gilbert, 70, sits among the ruins of his home in the suburbs of Galle in southern Sri Lanka. (Reuters)

# Sri Lanka estimates tsunami damage at $1.7b

By Geoff Thompson in Colombo

Sri Lanka's Government says its damage bill from the tsunami disaster will reach $1.7 billion.

Relief supplies have still not reached a quarter of the people affected by the tsunami which slashed across Sri Lanka's eastern and southern coasts.

Aid is flowing into Colombo but the coordination of its distribution remains confused.

Sri Lanka's military has declared it will be in charge of all aid distribution but has been accused by the Tamil Tigers of preventing foreign and private donations from being given directly to the needy.

About 200 United States marines are now in Sri Lanka and are setting up an operations centre in Colombo ahead of a full deployment of about 1,500 marines who are expected to concentrate on rebuilding infrastructure in the country's south.

Some Canadian troops have arrived in the badly affected eastern Ampara district to help bolster supplies of potable water.

The damage to Sri Lanka's infrastructure is now estimated to be $1.7 billon but Sri Lanka's economy is not expected to be very badly affected by the disaster.

The most devastated livelihoods of fishing and tourism make up less than 6 per cent of Sri Lanka's gross domestic product.

## Related Images

## Related Stories

- Howard pledges $1b to Indonesian recovery
- UN warns against fighting in tsunami-struck areas
- Aceh rebels deny attacking relief convoys
- Tsunami victims remembered in Thailand

## Related Links

- Full coverage: Asia Tsunami Disaster
  ABC News Online special presentation.
- Photo gallery: Tsunami devastation
  Images of the damage caused by an earthquake and tidal waves in Asia.
- Photo gallery: World rushes to Asia's aid
  Images of the relief effort to help tsunami victims, which is the largest ever staged.
- Eyewitness reports
  Read first-hand accounts of the tsunami disaster.
- A helping hand
  Australians wishing to assist victims of the Asian tsunami can donate to local aid agencies.
- Tsunami Assist
  The Australian Government's national tsunami assistance website, including contact details, fact sheets and media releases.



## ABC Top Stories

- Car bomb injures Aussie troops
- Nine killed in LA train crash
- ALP not ready for female leader, lobby group says
- Australians complacent about democracy: G-G
- Search fails to find missing boat passengers
- Israel lifts peace talks ban
- Space station crew ventures outside
- Hewitt into semis after thrilling win

## Related Links

### Full coverage: Asia Tsunami Disaster
ABC News Online special presentation.

### Photo gallery: Tsunami devastation
Images of the damage caused by an earthquake and tidal waves in Asia.

### Photo gallery: World rushes to Asia's aid
Images of the relief effort to help tsunami victims, which is the largest ever staged.

### Eyewitness reports
Read first-hand accounts of the tsunami disaster.

### A helping hand
Australians wishing to assist victims of the Asian tsunami can donate to local aid agencies.

### Tsunami Assist
The Australian Government's national tsunami assistance website, including contact details, fact sheets and media releases.

Print
Email

Search



© 2005 Australian Broadcasting Corporation

This service may include material from Agence France-Presse (AFP), AAP(International), APTN, Reuters, CNN and the BBC World Service which is copyright and cannot be reproduced.

AEDT = Australian Eastern Daylight Time which is 11 hours ahead of UTC (Greenwich Mean Time)

# EXHIBIT C

(5)
SSM

Dr. S.M. Colombage
Consultant JMO
Teaching Hospital,
Colombo-South.

E mail - sengaya @ lanka.ccom.lk.

17-01-2005.

Dear Dr. Henry Lee,

I am extremely thankful for your kind thoughts and coming forward to offer our country the much needed help at this juncture. I discussed with Dr. L. B. L. de Alwis the Consultant Judicial Medical Officer (JMO) Colombo regarding the use of DNA technology in human identification and he has requested me to coordinate with you on this matter. At present there is no laboratory in the government sector equipped to undertake DNA studies for identification purposes. But we could improve the existing laboratory at the office of the JMO, Colombo to undertake DNA studies. Therefore please intimate our request to M/s Pamaga.

With regard to the offer by your engineer friend, I have spoken to Dr. Vinya Ariyaratna, Executive Director of the Sarvodaya Shramadana Movement, the leading NGO involved in community development in Sri Lanka. He was very pleased to get the services of your engineer friend and his contact address & telephone nos. are as follows.

Dr. Vinya S Ariyaratna (Executive Director)
Sarvodaya Headquarters
No. 98, Rawatawatta Road,
Moratuwa.
Sri-Lanka

Telephone 94-1-2647159/2655255
Fax; 94-1-2656512
E mail; asmplan@sri.lanka.net

Thanking you once again for your kind gesture.

With kind regards

Yours Sincerely,

Dr. S. M. Colombage

DR. S. M. COLOMBAGE
M.B.B.S (Ceylon), D.L.M. (Sri Lanka),
M. D. (Sri Lanka),
D M J. (PATH), D M.J. (CLIN) London
CONSULTANT JUDICIAL MEDICAL OFFICER
TEACHING HOSPITAL - COLOMBO SOUTH.



## FORENSIC MEDICINE UNIT

*Help - O*

Date: 18/01/2005
My Ref:
Your Ref:

Teaching Hospital, Karapitiya
Galle, Sri Lanka
Tel / Fax on demand: **091 2234522**

Dr. Henry C. Lee
Chief Emeritus / Professor
Department of Public Safety
State of Connecticut

Dear Dr. Lee

Thank you for helping us at the crucial time. You must be already aware of the extent of tragedy we have faced. Teaching Hospital - Karapitiya is the Central health establishment in the badly affected Southern Province. This hospital is not affected as it is situated in the inland, so we have taken over the workload of other affected hospitals in the region. At present we are dealing with identification of victims by anthropological and other means. There is large number of bodies buried in the remote areas, without being recorded and we are planning to exhume and identify them. It will be a valuable contribution if Pamaga could provide us with DNA reagents and other necessary equipments for identification of tsunami victims. Please ask them to contact me regarding this matter.

I have contacted Non-Governmental Organizations – Help O and Green movement of Sri Lanka, who are actively engaged in rehabilitation and reconstruction work in this region. They are delighted to have services of experienced American engineer.

Their contact details: Chathura Weliwitiya
Chairman Help – O
No. 285. Dangedara Streeet
Galle, Sri Lanka
Tel. ++ 94 – 91- 4380121, ++94 – 91 - 2234848
Fax : ++94 – 91 – 5459000  Mobile : ++94 – 773053515

Email: helpoogn@wow.lk
chathura@wow.lk

Thanking You
With Regards,

Dr. Rohan Ruwanpura
Consultant Judicial Medical Officer

Email - rohan@vinet.lk

# EXHIBIT D

Frank S. Chuang, Ph. D. P.E.
38 Stonegate Dr.
Wethersfield, CT. USA
Email: LCAFRANK@AOL.COM

My name is Frank S. Chuang. I am a Professional Engineer in U.S.A. I have over 30 years experience as a designer, project engineer and project manager on various engineering projects located throughout the United States.

The following are summary of my background:

| Education: | National Taiwan Univ., Taiwan, | BS | 1964 |
|---|---|---|---|
| | University of Massachusetts, U.S.A. | MS | 1968 |
| | University of Massachusetts, U.S.A. | Ph.D. | 1971 |

Professional Registration:
Professional Engineer licensed in the state of Connecticut, New York, New Jersey, Florida, Rhode Island, New Hampshire and Massachusetts

Professional Experience:

**1982-2004  Self-Employed, L.-C Associates, Rocky Hill, CT U.S.A**
As owner of the company, I have been actively engaged in water and sewer design, highway and bridge rehabilitation, bridge inspection, traffic studies and design, hydraulic studies, building facilities design and construction management.

**1978-1982  Vice President for Hayden/Wegman, MA, U.S.A.**
As a branch office in charge, my duties included all environmental engineering and transportation engineering project planning, design and construction management.

**1972-1978  Project Manager for Maguire Group, New Britain, CT, U.S.A.**
As project manger, my responsibilities included water supply and sewer disposal system design, water and wastewater treatment plant design, Hydraulic study, town/City wide water and wastewater planning.

I could offer my expertise in the following areas:

(1) Environmental-Planning, design and engineering of sewer systems and treatment plants, water supply and treatment systems, comprehensive river basin plans and facilities, comprehensive drainage and flood control, utilities relocation and environmental impact statement.

(2) Hydraulics and hydrology- Hydrology and hydraulic study, scour evaluation, drainage design, flood protection, dam, spillways, channels, cost-benefit analyses and computer analyses.

(3) Construction Management- Services during all phases of the project from planning and design through bidding and construction including budget estimation and cost studies, preparation of construction schedule and procurement lead times, conformance to the contract documents.

(4) Transportation- Planning, designing and evaluation of expressways, secondary roads, bridges, overpasses and other highway structures, land use planning, socioeconomic and environmental impact assessments.

# EXHIBIT E

**Subj:** Re: Rebuild the Tsunami affected disaster area
**Date:** 1/20/2005 11:45:16 PM Eastern Standard Time
**From:** ssmplan@hotmail.com
**To:** LCAFRANK@aol.com, ssmplan@sri.lanka.net
**CC:** sengaya@lanka.ccom.lk

Dear Dr.Chuang,

Many thanks for your e-mail and this is a quick reply from Kobe, Japan where I am attending the UN Conference on Disasters. We deeply appreciate your offer of expertise and we hope that we will be able to respond to you very soon. The government still has not come with its policy on housing and other infrastructure development in order for us (as NGOs) to do our operational planning. So we need a little time (1-2 weeks) to send you a definitive reply as we are still in the process of doing our own operational planning. Please visit our web-site www.sarvodaya.org to see our plan. I will sign off for now and will soon get back to you after returning to Sri Lanka.

With best regards,

Vinya Ariyaratne


>From: LCAFRANK@aol.com
>To: ssmplan@sri.lanka.net
>CC: sengaya@lanka.ccom.lk
>Subject: Re: Rebuild the Tsunami affected disaster area
>Date: Thu, 20 Jan 2005 21:58:54 EST
>
>Dr. Vinya S, Ariyaratna
>Executive Director
>Sarvodaya Shramadana Movement
>Sarvodaya Headquarters
>No.98, Rawatawatta Road,
>Moratuwa,Sri-Lanka
>
>Dear Dr. Ariyaratna:
>
>    Recently I learned the news about the dreadful Tsunami that has caused
>extensive damages and human lives in your country. I would like to offer my
>deepest concern and sympathy to the people in your country.
>
>    Dr. S.M.Colombage from the Teaching Hospital in Colombo-South recently
>wrote to my close friend, Dr. Henry C. Lee that your organization is
>actively
>engaged in the community development effort in the Tsunami affected area. I
>would like to offer you and your organization my volunteer service in the
>engineering field.
>
>    Attached please find my resume that depicts my experience in various
>areas such as water supply, sewer disposal systems and roadway

Friday, January 21, 2005 America Online: LCAFRANK

>reconstruction,
>etc. My expertise is not only in the technical design domain, it also
>involves in
>large scope project management.
>
>    If you are interested in my voluntary service, an official letter from
>your organization will be needed in order for me to start making all the
>arrangements to be ready for you as early as possible.
>
>    Meanwhile, if you need any further information from me, please do not
>hesitate to contact me. You may reach me either via email or fax. My
>facsimile
>number is : (860) 721-8276.
>
>    Looking forward to hearing from you.
>
>    Very truly yours,
>
>    Frank S. Chuang, Ph.D., P.E.
><< ChuangFrank2005.doc >>

Don't just search, Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/onm00200636ave/direct/01/

Subj:   **Re: Rebuild the Tsunami affected area in SriLanka**
Date:   1/24/2005 10:30:43 PM Eastern Standard Time
From:   chathura@wow.lk
To:     LCAFRANK@aol.com

Dear Mr. Frank S. Chuang, Ph.D., P.E.

I am very sorry , I receive you email it is thank you. I am very happy you will come , I can give more Reply late. today my secretary is translator not yet come, he will come after immdiyetly I will contact  you.

Thanks again.
Hope I can see you too in Galle.

Yours sincerely
 chathura welivitiya

    ⸺ Original Message ⸺
    From: LCAFRANK@aol.com
    To: chathura@wow.lk ; helpogn@wow.lk
    Sent: Friday, January 21, 2005 8:47 AM
    Subject: Re: Rebuild the Tsunami affected area in SriLanka

    Dear Chairman Wellwitiya:

       Recently I learned the news about the dreadful Tsunami that has caused extensive damages and human lives in your country. I would like to offer my deepest concern and sympathy to the people in your country.

       Dr. Rohan Ruwanpura from the Teaching Hospital in Galle recently wrote to my close friend, Dr. Henry C. Lee that your organization is actively engaged in rehabilitation and reconstruction work in the Tsunami affected area. I would like to offer you and your organization my volunteer service in the engineering field.

       Attached please find my resume that depicts my experience in various areas such as water supply, sewer disposal systems and roadway reconstruction, etc. My expertise is not only in the technical design domain, it also involves in large scope project management.

       If you are interested in my voluntary service, an official letter from your organization will be needed in order for me to start making all the arrangements to be ready for you as early as possible.

       Meanwhile, if you need any further information from me, please do not hesitate to contact me. You may reach me either via email or fax. My facsimile number is : (860) 721-8276.

       Looking forward to hearing from you.

       Very truly yours,

       Frank S. Chuang, Ph.D., P.E.