UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR24 (AVC) |
| V. | : | |
| FRANK S. CHUANG,<br>L-C ASSOCIATED, INC. and<br>L-C ASSOCIATE, P.C.,<br>    A CONSULTING ENGINEER | :<br>:<br>:<br>: | January 27, 2004 |

## MOTION FOR CONTINUANCE OF SENTENCING

The defendant, Frank S. Chuang, in the above action, respectfully moves the Court to continue his sentencing, which is now scheduled for February 8, 2005. The defendant requests the continuance for the following reason:

As the Court is aware, on December 26, 2004 major areas of South East Asia and Eastern Africa were devastated by a major tsunami, caused by a major earthquake off the coast of Indonesia. Approximately 200,000 people were killed by the tsunami itself, yet many health experts agree that the number of dead could explode from the ancillary effects of disease and starvation. In Sri Lanka alone the death toll has reached 30,916 people with at least 20,000 still missing and presumed dead. Officials fear the final death toll will reach 60,000 souls [Please see South Asian Analysis Group "**SAAG**" attached as **Exhibit A.**].

Dr. Henry C. Lee has recently offered his expertise in D.N.A. analysis to the government of Sri Lanka to aid in the identification of the tens of thousands of unidentified victims. While corresponding with Sri Lankan officials, Dr. Lee was made aware of the over 1.7 billion dollars worth of damage to Sri Lanka's infrastructure. [Please see ABC News report attached as **Exhibit B.**] Dr. Lee contacted the defendant, Dr. Frank Chuang, and informed him of the human and environmental disaster that Sri Lanka faces. Dr. Chuang offered his voluntary assistance and Dr. Lee contacted organizations in Sri Lanka, regarding Dr. Chuang's

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726