**Attachment: Witness Interviews**

The following are excerpts from interviews of various employees of L-C Associates and/or the Chuangs, as pertinent to the defendant's relationships with his employees.

---

1. **Witness A** (interview dated June 5, 2002)

**Witness A** dealt with Dr. Frank CHUANG (CHUANG), owner of L-C, as little as possible. **Witness A** and CHUANG had many disputes over wages. This is because CHUANG did not like to pay his employees prevailing wage when they worked on prevailing wage contracts, nor did he pay overtime.

**Witness A** went to the New York State Department of Labor regarding CHUANG's failure to pay prevailing wage. They investigated L-C for the failure to pay prevailing wage. **Witness A** received a check of back wages shortly thereafter.

CHUANG also failed to deposit the employee 401K withholdings on time. The employees told CHUANG about it and he still failed to repay the interest that they lost due to his tardiness.

CHUANG had an assistant named **Witness B**. **Witness B** was not treated well by CHUANG. He was verbally abusive to her and made her cry. She was never paid overtime by CHUANG, and when the Department of Labor did its investigation, they told CHUANG to pay her the overtime that she was due. CHUANG held that against her, and changed her position to a salaried position.

CHUANG controlled everything about L-C. He signed the timesheets. He goes through all of the mail. He sent out a company policy memo stating that if anyone received personal mail at the office it would be opened and reviewed by CHUANG

During the 1990's CHUANG asked **Witness A** to change his timesheet on multiple occasions. He wanted **Witness A** to change the timesheet so that it showed no overtime or prevailing wage. **Witness A** did not like to do it. CHUANG would say, "If you don't like it leave." CHUANG did not make him change the projects to which the hours were charged; he just wanted the timesheet to reflect no overtime. It occurred formally one time (when CHUANG told him to do it or leave). It occurred informally a couple of times. This was when CHUANG would come to **Witness A** and say, "It's better if you do it this way…"

---

2. **Witness C** (interview dated July 16, 2002)

When Lily's niece took LITEX, the people from LITEX were supposed to come to **Witness C**'s office to take the equipment that pertained to LITEX. Frank CHUANG told **Witness C** not to let

1

the LITEX people take the equipment. He told **Witness C** to pack up boxes and say that LITEX was not there. **Witness C** told Frank that she would not do this.

When **Witness C** was at L-C she also opened Frank CHUANG's mail. She was not allowed to remove the mail from the envelopes. She could only use an envelope opener to slice each envelope open.

Lily lent **Witness C** $10,000 after **Witness C** left employment with Lily. She paid back the money within six months. The amount that she paid back was $10,500. **Witness C** left employment with Lily on good terms.

**Witness B** was a very "hush hush" person. **Witness C** thought that **Witness B** did not like her. **Witness B** was very loyal to Frank CHUANG. She did get angry with Frank. **Witness C** heard Frank CHUANG yelling at **Witness B**. She even saw **Witness B** in tears for reasons that **Witness C** did not know.

If CHUANG was out of town at the same time as **Witness B**, **Witness C** could open the mail. If the mail contained checks she had to call Frank and tell him what checks were received. Frank would then tell **Witness C** which checks to deposit. **Witness C** recalled making deposits to

---

3. **Witness D (interview dated June 10, 2002)**

**Witness D** and CHUANG had disagreements about CHUANG's manner of paying his employees and about prevailing wage. CHUANG refused to pay his employees the required prevailing wage when they worked on prevailing wage contracts in New York State. At some point there was an investigation by the DEPARTMENT OF LABOR (**Witness D** was not sure if it was the State of Federal DEPARTMENT OF LABOR), and **Witness D** received a check for $128.00. This was for back pay of the prevailing wage.

CHUANG also refused to pay his employees, including **Witness D**, for all of the hours that they worked each day. For example, **Witness D** would leave the office in the morning at 6:00 a.m. He, and his team, would return to the office at about 5:00 p.m. CHUANG would only pay the employees for eight or nine hours.

**Witness D** was paid for all of the hours that he worked. He told CHUANG that he would not accept CHUANG not paying him for what he was due. Thus, **Witness D** received pay for all of his hours. **Witness D**'s coworkers told him that they did not get paid for all of the hours.

On a Wednesday in April 1995, Brian LNU told the whole Survey Crew that CHUANG wanted to have a meeting. A form was passed from person to person. Brian told the employees that CHUANG wanted them to sign the form or they would be terminated. The form said something to the effect that they agreed to be paid for eight hours even if they worked more than eight.

**Witness D** did not sign the form.  Everyone else signed the form.  The next day Brian told **Witness D** that he was laid off.  This was at a time when L-C was so busy that everyone was working over 50 hours per week.

---

### 4. Witness E (interview dated June 17, 2002)

Dr. Frank CHUANG was very demanding and pushy.  Lily was demanding, but very professional.  **Witness E** liked Lily.  She did not like Dr. CHUANG.  **Witness B** was very quiet.  Dr. CHUANG was very mean to **Witness B**.  It seemed that **Witness B** just did what she was told to do.

---

### 5. Witness F (interview dated June 19, 2002)

**Witness B** is a long time employee of CHUANG.  She is very loyal to him even though CHUANG is not nice to her.  Before **Witness F** came to work at L-C as the accountant, L-C had never had a full-time accountant.  All of the accountants prior to **Witness F** were part-time employees.  When **Witness F** was hired, CHUANG gave her a task of completing the monthly invoices for various contracts.  The invoices that he gave her to handle had been one of **Witness B**'s favorite duties.  When **Witness F** came into the office one morning **Witness B** was crying and there were stacks of invoice files on **Witness F**'s desk.  **Witness F** heard **Witness B** say, "She is taking over my work."  **Witness F** subsequently told CHUANG to give the invoices back to **Witness B** and find another duty for her to do.

CHUANG used to make **Witness B** cry often.  At one point there was an investigation by the state regarding overtime.  They found that **Witness B** was due some overtime pay.  CHUANG always held the finding against **Witness B**.  After the investigation, CHUANG promoted **Witness B** to the title of office manager and put her on a salary so that she would no longer be entitled overtime pay.

**Witness B** was nice to CHUANG.  CHUANG was mean to everyone execept for **Witness F**.  He would yell at **Witness B**.  He was short and abrupt with men.  He never related on a social level with employees.

CHUANG also told **Witness F** to cover up any papers that she was working on if any other employees were to come into her office.

CHUANG was very protective of things.  He was protective of the things that were kept in **Witness F**'s office.  She had to lock her door and her desk every night.

CHUANG had no problems understanding or speaking English.  He went to the University of Massachusetts.  He will often pretend that he cannot speak English very well.

### 6. Witness G (interview dated July 16, 2002)

After she was hired **Witness G** talked with **Witness F**, who confided in **Witness G** that CHUANG was sexually harassing her.

**Witness B** was CHUANG's secretary at L-C. **Witness G** and **Witness B** often took walks together at lunch time. **Witness B** had a love-hate relationship with CHUANG. CHUANG yelled at everyone. He yelled at **Witness F** and at **Witness B**.

### 7. Witness H (interview dated June 19, 2002)

There was generally no socializing at all allowed. If CHUANG heard anyone talking he would come out of his office and walk right up to the people having a conversation. He would interrupt the conversation. It seemed to **Witness H** that **Witness F** had a lot of closed-door work. He does not know what was going on.

CHUANG ran a sweatshop. He was very hard on foreigners.

### 8. Witness I (interview dated January 21, 2003)

About one year ago CHUANG directly instructed **Witness I** to keep track of the number of hours that have been charged to each project that he supervises. If the number of hours exceeds the number of hours that CHUANG has allotted, **Witness I** is supposed to charge the hours to the promotional category. CHUANG specifically told **Witness I** to move the hours to the promotional or the general/administrative category below the line on the timesheet and write the actual job number of the hours next to the hours. CHUANG verbally told **Witness I** to do this with no one else present. This has occurred more recently when CHUANG was going over the number of hours charged to the Point Street Bridge Project in Rhode Island. Now **Witness I** keeps track of all of the hours charged on each project because CHUANG told him to do so. **Witness I** has not been told to charge the hours to promotional on any job other than the Point Street Bridge Project.

### 9. Witness J (interview dated May 30, 2002)

One of **Witness J**'s last jobs at L-C was in Bridgeport, CT. He had to begin his day in the office in Rocky Hill, CT. He would meet up with the rest of the team at the office at 7:30 a.m. They would drive to Bridgeport, work all day and then drive back. CHUANG only paid **Witness J** for

the hours to drive one-way.  For example, if **Witness J** worked in New York, the team would have to drive from Rocky Hill to New York and then return after they were finished working.  CHUANG would not pay **Witness J** for the full day's hours.  CHUANG exploited his labor.

**Witness J**'s brother (also employed at L-C) told **Witness J** that two people had objected to CHUANG's policy of not paying the employees for the hours it took to return to Rocky Hill.  All of the survey crew members were called into the office.  CHUANG told them that if they did not agree with his policies, they could leave their jobs.  The employees were compelled to succumb to his policies whether they were against the law or not.

CHUANG did give bonuses to his employees at the end of the year.  **Witness J** recalled that he received less than $1000.00 at the end of the year.  He does not consider this to be much of a bonus when CHUANG would not pay overtime or simply pay the employees for the hours that they actually worked.

If the employees worked on a Sunday after working an entire week, they were not paid double-time.  On holidays they were not paid if they took the day off.  If they worked, they were paid their normal wage.

**Witness J** contributed to his 401K plan through L-C.  L-C was supposed to withhold a certain amount of his salary every month and contribute it to his 401K.  CHUANG would deduct the amount from **Witness J**'s salary every two weeks, but when he received his statement from the Investment Company, he saw that CHUANG only deposited the amounts the end of the quarter.  This happened to all of the employees who participated in the retirement plan.