UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : Crim. Nos. 3:03-CR-22 (AVC)

v. :

FRANK S. CHUANG : FEBRUARY 23, 2004

**AFFIDAVIT**

I, Frank S. Chuang, being over the age of eighteen (18) years of age and understanding the obligations of an oath, do hereby depose and say:

1. I am the sole stockholder of L-C Associates, Inc. and L-C Associates, P.C., A Consulting Engineer (collectively, "L-C").

2. As of this date, L-C will discontinue the solicitation or provision of any and all new services, directly or indirectly, in connection with contracts funded by the United States Department of Transportation, including but not limited to consulting contracts managed or administered by state departments of transportation or private contractors. With respect to contracts designated in the attached Schedule A as "Terminated" or "Completed," no further work will be performed by L-C for additional compensation, beyond sums already due and owing to L-C.

3. In connection with this discontinuation of services, L-C plans to transfer and/or sell all contracts designated "Open" or "Suspended" on the attached Schedule A, which list includes all unfinished federally funded consulting contracts to which L-C is presently a party, and possibly other assets of L-C, to some other qualified entity, which may include GARG Consulting Services, Inc. ("Completing Entities"). The assignment of those contracts designated "Open" or "Suspended" on the attached Schedule A will be subjected to the approval of the client transportation agency. In those cases where L-C is not the prime contractor, the assignment will also be subject to the approval of the prime contractor. L-C plans to effectuate these assignments by June 30, 2004.

4. Outside of assisting in the transfer of any contracts, I have and will have no management responsibility, control, financial interest, employment, consulting, lending, borrowing, leasing, or other contractual or noncontractual business relationship or other involvement of any kind, whether direct or indirect, with the Completing Entities with the sole exception of (1) coordinating the activities required to respond to any demand by clients or prime contractors as applicable, to perform corrective or follow-up work on those contracts designated "Terminated" or "Completed" on the attached Schedule A and (2) providing historical or background information necessary to facilitate the completion or corrective or follow-up work for those contracts listed on Schedule A. From this day forward, I will not

derive any salary, compensation, stipend, or other economic benefit from any business of the Completing Entities, nor from any corrective or follow-up work performed on those contracts designated "Terminated" or "Completed" on Schedule A.

5. I will provide to the United States Attorney's Office for the District of Connecticut affidavits to this effect for the next five (5) years on January 15 of each year in accordance with the form of affidavit attached hereto as Exhibit A.

6. If L-C does not, or if I do not, satisfy the conditions set forth in paragraphs 2 through 5 of this affidavit, I understand and agree that the Government may reinstitute any and all criminal charges now pending against L-C, but which may have been subsequently dismissed by agreement of the parties, notwithstanding the expiration of the statute of limitations between the signing of this affidavit and the commencement or reinstatement of such prosecution. I agree on behalf of L-C to waive all defenses based on the statute of limitations with respect to any prosecution on those charges, to the extent those charges were not time-barred as of the date of the original indictment in the present case.

Further the affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct.

Frank S. Chuang

STATE OF ~~CONNECTICUT~~ FL

COUNTY OF ~~HARTFORD~~ Palm Beach February 23, 2004

Personally appeared before me Frank S. Chuang, signer of the foregoing instrument who swore to the truth of the matters contained in the above statement.

Commissioner of the Superior Court
Notary Public
My Commission Expires:




VANESSA A. BUDD
Notary Public, State of Florida
My comm. expires Feb. 14, 2006
No. DD 092745

SCHEDULE A

6/03 Feb. 2, 04

L-C ASSOCIATES

CONNECTICUT Projects

PAGE 1

| Project No. Name | Client | Contract Amount | Contract Balance | Prime or Sub | Project Due Date | Type of Work | L-C Personnel | MBE/DBE None | Remark |
|---|---|---|---|---|---|---|---|---|---|
| 95-114 I-95 Bridgeport Environ.Inspect. | Attn: NE Accounting HNTB Corp. 75 State Street, 01th Floor Boston, MA 02109 | 900,000.00 | 100,000.00 | Sub | Dec. 05 | Construc. Inspect. | ~~Rafael Ocariz~~ | N/A | Terminated |
| 97-111 I-95 Bridgeport Orange Contract CI | Mr. Dennis Miller DMJM + Harris 333 Ludlow Street Stamford, CT 06902 | 1,061,364.00 | 156,792.00 | Sub | Dec. 05 | Construc. Inspect. Survey | ~~Peter Rowe~~ ~~Xiao Liu~~ ~~Craig Pepin~~ | N/A | Terminated |
| 97-214 List 12 Bridge Route 7 over Housatonic River (00562) | Mr. Bill Stark CT DOT Box 317546 Newington, CT 06131 | 750,000.00 Negotiating | 750,000.00 | Prime | Jun-04 | Bridge Design | ~~Erik Li~~ ~~Navnit Nakrani~~ | N/A | completed |
| 99-121 Bradley Airport Cnstructn Management | Mr. David Katz O & G Industries 85-571 Cargo Road East Windsor Locks, CT 06096 | 864,575.00 | (3,149.00) 0 | Sub | Complete | Construc. Inspect. | ~~Frank Pinto~~ ~~Debbie Bailey~~ ~~David Sperrll~~ | SBE | Completed |
| 99-128.1 CT Complex Bridge Inspection | Mr. Paul McGuinness Baker Engineering NY 2096B Silas Deane Hwy. Rocky Hill, CT 06067 | 954,300.00 | 110,171.00 0 | Sub | Complete | Bridge Inspect. | David Stampel ~~Dan Colavecchio~~ ~~Paul Goodwin~~ ~~Shawn Watrous~~ ~~Michael Lee~~ ~~Avinash Prasad~~ | N/A | Terminated |
| 00-110 RI I-195 Bridge Design | Mr. David Freean Freeman Maguire Group 225 Chapman Street, 4th Floor Providence, RI 02905 | 1,200,000.00 | 200,000.00 | Sub | Mar-04 30% | Bridge Design | ~~Navnit Nakrani~~ Chia C. Chuang Dawei Shi | DBE | open |
| 00-112 New Haven Bus Facility | Mr. Ray Whitbread Baker Engineering 2096B Silas Deane Hwy. Rocky Hill, CT 06067 | 186,000.00 | 70,000.00 | Sub | Jun-04 | Structure Design | ~~Eric Li~~ ~~Shirley Chou~~ | N/A | completed |
| 00-113 I-95/I-91/SR34 New Haven Interchange Improvements | Ms. Jeanne Cormier H.W. Lochner, Inc. 2110 Silas Deane Hwy. Rocky Hill, CT 06067 | 1,765,000.00 | 977,750.00 | Sub | Mar-04 | Bridge Design | ~~Eric Li~~ ~~Navnit Nakrani~~ ~~Chia C. Chuang~~ ~~Danny Lin~~ ~~Randy Wright~~ | N/A | Terminated |
| 00-118 Danbury Line RR Centralized Traffic Control System | Mr. Mark Neri CT DOT P.O. Box 317546 Newington, CT 0613[redacted] | 1,500,000.00 | 1,300,000.00 | Prime | Sep-05 | Inspection | N/A | N/A | on-Hold. open |

CONNECTICUT Projects



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01-111.1<br>Adriaen's Landing<br>Construction Management | HUNT/GILBANE J V<br>100 Columbus Blvd.<br>Hartford, CT 06106 | 400,000.00 | 100,000.00<br>0 | Sub | Apr-05 | Survey and<br>Construc. Inspect. | Frank Morse<br>Survey Crew | SBE | open |
| 01-111.2<br>Adriaen's Landing<br>Construction Management | HUNT/GILBANE J V<br>100 Columbus Blvd.<br>Hartford, CT 06106 | 95,000.00 | 10,000.00<br>0 | Sub | Apr-03 | Construc. Inspect. | ~~Raul Stein~~ | SBE | completed |
| 01-114<br>I-95 Bridgeport Blue Contract<br>Construction Management | Mr. Dennis Miller<br>DMJM + Harris<br>333 Ludlow Street<br>Stamford, CT 06902 | 750,000.00 | 200,000.00 | Sub | Dec. 05 | Survey and<br>Construc. Inspect. | ~~Edward Pan~~<br>~~James Lau~~<br>~~Survey Crew~~ | N/A | Terminated |
| 01-115<br>I-95 over Bridgeport Harbor<br>Construction Inspection | Mr. Dennis Miller<br>DMJM + Harris<br>333 Ludlow Street<br>Stamford, CT 06902 | 453,400.00 | 279,677.00 | Sub | Sep-04 | Construc. Inspect. | Edward Rabenold | N/A | open |
| 01-121<br>Rail Car Construc. Monitoring | Mr. Jim Martin<br>S T V Incorporated<br>1818 Market Street<br>Philadelphia, PA 19107 | 109,500.00 | 6,624.00<br>0 | Sub | Mar-03 | Construc. Inspect. | ~~Andres Alev~~ | SBE | Completed |
| 01-125<br>Bradley Airport<br>Construction Management | Mr. David Katz<br>O & G Industries, Inc.<br>85-571 Cargo Road East<br>Windsor Locks, CT 06096 | 100,000.00 | 10,000.00 | Sub | Jun-03 | Clerical Services | Mary Ann Santiago | SBE | open |
| 02-116<br>Hartford-New Britain<br>Busway, Program Manager | Mr. Ray Whitbread<br>Baker Engineering NY<br>2096 B Silas Deane Hwy.<br>Rocky Hill, CT 06067 | 344,700.00 | 280,000.00 | Sub | Sep-03 | Survey | ~~Survey Crew~~ | N/A | Terminated |
| 02-119<br>I-84/ Route 4 Reconstruction | Mr. Joseph Merluzzo<br>H N T B Corporation<br>1880 Silas Deane Hwy.<br>Rocky Hill, CT 06067 | 153,000.00 | 45,000.00 | Sub | Jun-03 | Survey | ~~Survey Crew~~ | N/A | completed |
| 02-120<br>West Side<br>Adriaen's Landing<br>Program | Mr. David S. Ziaks, R E<br>Chief Engr.<br>F. A. Hesketh & Asso.<br>6 Creamery Brook<br>East Granby, CT 06026 | 65,000.00 | 30,000.00 | Sub | Jun-03 | Survey | ~~Survey Crew~~ | SBE | completed |
| 02-126<br>RR Bridge Inspection | Mr. Philip Liu<br>Garg Consulting Services<br>2075 Silas Deane Hwy.<br>Rocky Hill, CT 06067 | 273,600.00 | 167,968.00 | Sub | Jul-04 | Bridge Inspect. | ~~David Stempel~~<br>~~Avinash Prasad~~<br>~~Dan Solavecchio~~<br>~~Shawn Watrous~~ | SBE | completed |

CONNECTICUT Projects



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03-110<br>I-84 Const.<br>Inspection | Mr. John Treichel<br>Maguire Group<br>One Court St.<br>New Britain, CT 06051 | 544,600.00 | 544600 | Sub | April-05 | Construc.<br>Inspect. | ~~Frank Pinto~~<br>~~Paul Stein~~ | None | On-Hold<br>open |
| 03-112<br>Orange Air<br>National Guard<br>Survey | Mr. Bill Siewertsen<br>Enfield Builder Contractors<br>1654 King Street<br>P.O. Box 1201<br>Enfield, CT 06083 | 20,000.00 | 10000 | Prime | Dec-03 | Survey | ~~Survey Crew~~ | None | completed |
| 03-115<br>Route 7 Norwalk<br>Wilton<br>Improvements | Mr. Jim Ford<br>Earth Tech of NY, Inc.<br>655 Winding Brook Drive<br>Suite 402<br>Glastonbury, CT 06033 | 285,000.00 | 285000 | Sub | April-03 | Survey | ~~Survey Crew~~ | None | Terminated |
| ~~03-116~~ 03-117<br>I-84 Cheshire and<br>Southington<br>Constr. Inspect. | Mr. Joseph Merluzzo<br>H N T B Corporation<br>1880 Silas Deane Hwy.<br>Rocky Hill, CT 06067 | 400,000.00 | 400000 | Sub | April-05 | Construc.<br>Inspect. | ~~Deborah Bailey~~ | None | Terminated |
| ~~03-117~~ 03-116<br>CT Complex<br>Bridge Biennial<br>Inspection | Mr. Ray Whitbread<br>Baker Engineering<br>2096B Silas Deane Hwy.<br>Rocky Hill, CT 06067 | 750,000.00<br>Negotiating | Negotiating<br>✓ | Sub | Jan-03 | Bridge<br>Inspect. | ~~David Stempel~~<br>~~Dan Colavecchio~~<br>~~Mike Lee~~<br>~~Paul Goodwin~~<br>~~Shawn Watrous~~ | None | Terminated |

**L-C Associates**

MASSACHUSETTS Projects



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 99-125<br>MBTA Various Bridge Replace. | Mr. Basil Batimba<br>H.W. Lochner | 59,558.00 | (2,054.00) | Sub | Complete | Bridge Design | ~~Lieaman Malakasim~~<br>~~Danny Lin~~ | DBE | Completed |
| 01-110<br>MHD Statewide<br>Bridge Rating | Mr. Bruce Sylvia<br>M H D<br>Ten Park Plaza<br>Boston, MA 02116 | 450,000.00 | 300,000.00 | Prime | Dec-03 | Engineering | ~~Dan Colavecchio~~<br>~~David Stempel~~<br>~~Paul Goodwin~~ ✓ | Prime | Suspended. |
| 01-112<br>MHD Pittsfield Bridge Design | Mr. Fil Yee<br>M H D<br>Ten Park Plaza<br>Boston, MA 02116 | 150,000.00 | 35,000.00 | Prime | Dec-03 | Bridge Design | ~~Lee Malikasim~~<br>~~Danny Lin~~ ✓ | N/A | Completed |
| 02-117<br>M H D Round 2<br>Bridge Program | Mr. John Blundo<br>Deputy Chief Engineer<br>M H D<br>Ten Park Plaza<br>Boston, MA 02116 | 475,000.00 | ~~475,000~~.00<br>75,000 | Prime | Dec-04 | Bridge Design | ~~Danny Lin~~<br>Lee Malikasim<br>Dawei Shi ✓ | N/A | open |
| 03-113<br>MHD Round Three (3)<br>Bridge R & R Program | Mr. John Blundo<br>Deputy Chief Engineer<br>M H D<br>Ten Park Plaza<br>Boston, MA 02116 | 183,313.00 | 180,000.00 | Prime | Apr-04 | Bridge Design | ~~Lee Malikasim~~<br>~~Danny Lin~~<br>~~Shirley Chou~~ ✓ | None | Suspended |
| 03-118<br>MBTA - Silver Line<br>Phase III Tunnel &<br>Systemwide Elements | Mr. John S. Anderson<br>Vice President<br>DMJM + Harris, Inc.<br>66 Long Wharf<br>Boston, MA 02110. | 130,000 | 130,000 | Sub | Apr. 05 | Tunnel<br>Design | - ~~Frank Worze~~<br>· ~~Lee Malikasim~~ | DBE | Suspended |

NEW YORK Projects

L-C Associates



| Project | Contact | Amount | Amount | Role | Date | Service | Staff | Type | Status |
|---|---|---|---|---|---|---|---|---|---|
| 99-111 Gowanus Expressway Project Management | Mr. Tim Steinhilber BSU J V 21 East 40th St., 6th Floor New York, NY 10016 | 1,182,000.00 | 414,900.00 | Sub | Dec-03 | Bridge Inspect. | ~~Jun Ma~~ ~~Milan Kneselac~~ | DBE | Terminated |
| 99-113 Cross Bronx Expressway, 3 Brid | Mr. Robert LaMagna Daniel Frankfurt, P.C. 432 Park Avenue South New York, NY 10016 | 305,316.00 | 23,584.00 | Sub | Dec-03 | Design | ~~Milan Kneselac~~ ~~V. Farrakhov~~ ~~Ji T. Shen~~ | D BE | completed |
| 99-122.1 NYC DEP Concrete Quality Con | Mr. Bob Hoffman Baker Engineering NY 400 Executive Blvd. Elmsford, NY 10523 | 350,000.00 | 350,000.00 | Sub | Mar-05 | QA/QC | ~~Roseann Rosenwald~~ ~~Maria Figueroa~~ ~~Milenko Matijevic~~ ~~Yakov Guz~~ ~~Sergey Lisetskiy~~ | MBE | Terminated |
| 01-122 TBTA Sign Location Survey | Mr. Tom Ruckel DMJM + Harris 605 Third Avenue New York, NY 10158 | 39,000.00 | 30,000.00 | Sub | Jul-03 | Survey | ~~Survey Crew~~ | MBE | Terminated |
| 02-111 Cross Bronx Exp. Signing & Ligh | Mr. Ajit Thakore Gannett Fleming One Penn Plaza 250 West 34th Street, Suite 2222 New York, NY 10119 | 168,049.00 | 71,356.00 | Sub | Dec-03 | Design | ~~Martin Rosario~~ ~~Viktor Farrakhov~~ | DBE | open |
| 02-114 NY Region 11 RDS | Mr. Chuck Norrish Gannett Fleming One Penn Plaza 250 West 34th Street, Suite 2222 New York, NY 10119 | 150,000.00 | 25,000.00 | Sub | Dec-04 | Design | ~~Martin Rosario~~ | DBE | open |
| 02-118 TBTA Cable Strands @ Triboro | Mr. G.N. Fanjiang Weidlinger Associate 375 Hudson Street, 12th Fl. New York, NY 10014 | 51,223.00 | 15,335.00 | Sub | Dec-03 | Design | ~~Viktor Farrakhov~~ ~~Ji Tsen Shen~~ | MBE | completed |
| 02-124 TBTA Triboro Br. Shop Drwng R | Ms. Samia Abdou Ammann & Whitney 96 Morton Street New York, NY 10014 | 738,288.00 | 238,622.00 | Sub | Dec-03 | Design | ~~Ji Tsen Shen~~ ~~Jin Ling~~ | MBE | Terminated |

Robert Moses Bailey
Randall's Island
NY NY 10035

NEW YORK Projects



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03-111<br>TBTA<br>Triborough Bridge<br>Redecking | Ms. Samia Abdou<br>Ammann & Whitney<br>96 Morton Street<br>New York, NY 10014 | 329,500.00 | 319,500.00 | Sub | May-04 | Survey<br>Engr. Design | ~~Survey Crew~~<br>~~Jing Ling~~ | MBE | ✓ suspended |
| 03-114<br>NY Thruway Authority<br>Tappan Zee Bridge<br>Alternatives<br>Analysis - EIS | Mr. Tony Gregory<br>Earth Tech of NY, Inc.<br>655 Third Avenue<br>New York, NY 10017 | 130,000.00 | 130,000.00 | Sub | Apr-04 | Env. Analysis | ~~M. Beigelmacher~~<br>~~Marin Rosario~~ | MBE | ✓ suspended |

*EXHIBIT A*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : Crim. Nos. 3:03-CR-22 (AVC)

v. :

FRANK S. CHUANG : January 15, ______

**AFFIDAVIT**

I, Frank S. Chuang, being over the age of eighteen (18) years of age and understanding the obligations of an oath, do hereby depose and say:

1. I was the sole stockholder of L-C Associates, Inc. and L-C Associates, P.C., A Consulting Engineer (collectively, "L-C").

2. In the past year, L-C has not provided or solicited the provision of any new services, directly or indirectly, in connection with contracts funded by the United States Department of Transportation, including but not limited to consulting contracts managed or administered by state departments of transportation or private contractors.

3. In connection with this discontinuation of services, L-C has transferred and/or sold all contracts designated "Open" or "Suspended" on Schedule A and/or other assets of L-C to qualified entities, namely **[insert name of assignee companies]** ("Completing Entities").

4. Outside of assisting in the transfer of any existing contracts and coordinating and/or facilitating any completion or corrective or follow-up work on existing contracts, I have had and will have no management responsibility, control, financial interest, employment, consulting, lending, borrowing, leasing, or other contractual or noncontractual business relationship, or other

involvement of any kind, whether direct or indirect, with the Completing Entities. Since **[date of first affidavit]**, I have not derived and will not derive any salary, compensation, stipend, or other economic benefit from any business of the Completing Entities, nor from any corrective or follow-up work performed on those contracts designated "Terminated" or "Completed" on Schedule A.

Further the affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct.

______________________________

Frank S. Chuang

STATE OF CONNECTICUT

January 15, 200_

COUNTY OF HARTFORD

Personally appeared before me Frank S. Chuang, signer of the foregoing instrument who swore to the truth of the matters contained in the above statement.

______________________________

Commissioner of the Superior Court
Notary Public
My Commission Expires:

/371149