UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :          CRIM. NO. 3:03CR22 (AVC)

V.                                :

FRANK S. CHUANG                   :          FEBRUARY 4, 2005

## MOTION FOR VOLUNTARY SURRENDER ON MARCH 8, 2005

In the event that the Court imposes a sentence of incarceration, the Defendant, Frank S.

Chuang, respectfully requests of the Court an Order allowing him to voluntarily surrender

himself to the United States Bureau of Prisons, at a specified location, on March 8, 2005.  Dr.

Chuang makes this request to complete changes to a design project in which L-C Associates,

Inc. ("L-C") is working with the prime contractor on a bridge design project for the

Connecticut Department of Transportation.

Dr. Chuang is providing unpaid assistance to L-C which has been directed by the prime

contractor to incorporate changes in the design by February 25, 2005.  Should L-C not be able

to complete this design project with the directed changes, the project may be delayed, the prime

contractor and the State DOT may incur increased costs and expenses as another engineering

firm will need to be engaged to complete the work assigned to

L-C, and L-C may be exposed to claims for substantial damages.


**ORAL ARGUMENT IS REQUESTED**

1

The undersigned represents that A.U.S.A. William Nardini does not object to the

granting of this motion.  As of the date of this motion, the undersigned has not been able to

speak with Brian Topor of the Federal Probation Department concerning this motion.

<div style="margin-left: 50%;">

**DEFENDANT**
**FRANK S. CHUANG**

By _____

Austin J. McGuigan, Esq.
Federal Bar No. CT01004
Rome McGuigan, P.C.
One State Street
Hartford, CT  06103-3101
860-549-1000
860-724-3921 (fax)
His Attorney

</div>

2

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of February, 2005, a copy of the foregoing was mailed, postage prepaid, via U.S. mail, to:

James A. Wade, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Brian Topor
United State's Probation Officer
U.S. Probation Office
450 Main Street
Hartford, CT 06103

Austin J. McGuigan

11797-1/393782

3