Subj: **Re: Rebuild the Tsunami affected area in SriLanka**
Date: 1/29/2005 4:36:54 AM Eastern Standard Time
From: helpogn@wow.lk
To: LCAFRANK@aol.com

2005.01.29

Dr. Frank. S. Chuang., Ph.D., P.E.,
38, Stonegate Drive
Wethersfield, Ct. 06109,
USA

Dear Dr. Frank S. Chuang

**Invitation To Render Voluntary Relief Service To Tsunami Victims**

Due to Tsunami devastation from 26th of December 2004 our country is confronted with numerous problems relating to loss of human lives and displaced dependents including properties destroyed and service in the engineering field.

To normalize affected infrastructures such as water supply, sewer disposal systems and roadway constructions, your expertise could be a humanitarian deed worthwhile rendering at this juncture, where our country is so badly in need of. Out of the worst affected two districts our Southern Province is one them

Hence we shall be grateful to you to come to Sri Lanka, Southern Province to render your valuable voluntary service.

Thanking you in anticipation of you early arrival and call over at our headquarters to render above relief measures.

Yours Sincerely,

**Chathura Welivitiya
Project Executive/Chairman
HELP-O, Human Rights Unit,
285, Dangedara Street ,
Galle.
Sri Lanka.
Te;- 94-74-380121
Fax :-94-74-380121
Email:- helpogn@wow.lk**

Saturday, January 29, 2005 America Online: LCAFRANK