UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR22 (AVC) |
| V. | : | |
| FRANK S. CHUANG, | : | |
| L-C ASSOCIATES, INC. and | : | |
| L-C ASSOCIATES, P.C., | : | |
|     A CONSULTING ENGINEER | : | FEBRUARY 4, 2005 |

## MOTION TO SEAL

Pursuant to Local Rule 5(d), The defendant, FRANK S. CHUANG, through counsel, moves the Court for an order sealing the Addendum to Defendant's Sentencing Memorandum, and the within proposed Order to Seal in the above-captioned matter.

DEFENDANT
FRANK S. CHUANG

By _____
Austin J. McGuigan, Esq.
Federal Bar No. CT01004
Rome McGuigan, P.C.
One State Street
Hartford, CT  06103-3101
860-549-1000
860-724-3921 (fax)
His Attorney

### CERTIFICATE OF SERVICE

    This is to certify that on the 4th day of February, 2005, a copy of the foregoing was mailed, postage prepaid, via U.S. mail, to:

James A. Wade, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Brian Topor
United State's Probation Officer
U.S. Probation Office
450 Main Street
Hartford, CT 06103

                                                    Austin J. McGuigan

11797-1/393749