UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :        CRIM. NO. 3:03-CR-22 (AVC)

V.        :

FRANK S. CHUANG        :        FEBRUARY 8, 2005

### DEFENDANT'S MOTION TO REQUEST
### PLACEMENT IN FEDERAL PRISON CAMP

On Tuesday February 8, 2005 the Honorable United States District Judge

Alfred V. Covello sentenced the defendant to 33 months' incarceration followed by two

years' supervised release. At the time of sentencing the Court graciously granted the

defendant's request for a voluntary surrender on March 14, 2005.

At this time the defendant asks the Court to recommend to the Bureau of Prisons

["**BOP**"] that the defendant serve his period of incarceration at the minimum security

male camp at the Federal Correctional Institute at Otisville, New York.

**FCI Otisville**
P.O. Box 600
Otisville, New York 10963
845-386-5855
Fax: 845-386-9455
Security Level: Medium/Male (adjacent Minimum/Male camp)
Facility Code: OTV

ORAL ARGUMENT IS NOT REQUESTED.

Dated at Hartford this 8th day of February, 2005.

Respectfully submitted,

**DEFENDANT**
**FRANK S. CHUANG**

By _____

       Austin McGuigan, Esq.
       Federal Bar No. CT01004
       Rome McGuigan, P.C.
       One State Street
       Hartford, CT  06103-3101
       860-549-1000
       860-724-3921 (fax)
       His Attorney

## CERTIFICATE OF SERVICE

This is to certify that on the 8th day of February, 2005, a copy of the foregoing was mailed, postage prepaid, via U.S. mail, to:

James A. Wade, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

William J. Nardini, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Brian Topor
United State's Probation Officer
U.S. Probation Office
450 Main Street
Hartford, CT 06103

Austin McGuigan

11797-1/394122