UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 FEB -8 P 4: 08

UNITED STATES OF AMERICA : CRIM. NO. 3:03-CR-22(AVC)

V. :

FRANK S. CHUANG : FEBRUARY 8, 2005

### DEFENDANT'S MOTION TO REQUEST
### PLACEMENT IN FEDERAL PRISON CAMP

On Tuesday February 8, 2005 the Honorable United States District Judge Alfred V. Covello sentenced the defendant to 33 months' incarceration followed by two years' supervised release. At the time of sentencing the Court graciously granted the defendant's request for a voluntary surrender on March 14, 2005.

At this time the defendant asks the Court to recommend to the Bureau of Prisons ["BOP"] that the defendant serve his period of incarceration at the minimum security male camp at the Federal Correctional Institute at Otisville, New York.

FCI Otisville
P.O. Box 600
Otisville, New York 10963
845-386-5855
Fax: 845-386-9455
Security Level: Medium/Male (adjacent Minimum/Male camp)
Facility Code: OTV

ORAL ARGUMENT IS NOT REQUESTED.

Dated at Hartford this 8th day of February, 2005.

Respectfully submitted,

[Margin annotation: 3:03CR22(AVC) February 9, 2005. GRANTED. The recommendation will be noted in the criminal judgment. SO ORDERED. Alfred V. Covello, U.S.D.J.]