UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR22 (AVC) |
| V. | : | |
| FRANK S. CHUANG, | : | |
| L-C ASSOCIATES, INC. and | : | |
| L-C ASSOCIATES, P.C., | : | |
|     A CONSULTING ENGINEER | : | FEBRUARY 4, 2005 |

### MOTION TO SEAL

Pursuant to Local Rule 5(d), The defendant, FRANK S. CHUANG, through counsel, moves the Court for an order sealing the Addendum to Defendant's Sentencing Memorandum, and the within proposed Order to Seal in the above-captioned matter.

**DEFENDANT**
**FRANK S. CHUANG**

By_____
Austin J. McGuigan, Esq.
Federal Bar No. CT01004
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
His Attorney

*[Margin notation: 3:03CR22(AVC) February 9, 2005. SO ORDERED. Alfred V. Covello, U.S.D.J.]*

*[Stamp: 2005 FEB -9 P 4:0_ U.S. DISTRICT COURT, HARTFORD, CT]*