UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | Case Nos. | 3:03-CR-22 (AVC) |
| | : | | 3:03-CR-272 (AVC) |
| v. | : | | |
| | : | March 23, 2005 | |
| FRANK S. CHUANG | : | | |

## MOTION TO RELEASE BOND PACKAGE

The United States Attorney, through the undersigned Assistant United States Attorney, respectfully requests that the bond package filed in the captioned matter be returned inasmuch as the Court has disposed of this matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


WILLIAM J. NARDINI
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT16012
157 Church Street, 23rd Floor
New Haven, CT  06510
Tel.: (203) 821-3700
Fax: (203) 773-5378
william.nardini@usdoj.gov


SO ORDERED:

_____
HON. ALFRED V. COVELLO
SENIOR UNITED STATES DISTRICT JUDGE

Dated at Hartford, Connecticut,
this ____ day of March, 2005

CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of March 2005, a true and correct copy of the foregoing Motion was served by fax upon defense counsel:

<u>Via Facsimile</u>: (860) 724-3921  
Austin J. McGuigan, Esq.  
Rome McGuigan Sabanosh PC  
One State Street  
Hartford, CT 06103-3101  

<u>Via Facsimile</u>: (860) 275-8299  
James Wade, Esq.  
Robinson & Cole LLP  
One Commercial Plaza  
280 Trumbull Street  
Hartford, Ct 06103-3597  

_____

WILLIAM J. NARDINI  
Assistant U.S. Attorney