UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Nos.    3:03-CR-22 (AVC) |
| | : | 3:03-CR-272 (AVC) |
| v. | : | |
| | : | March 23, 2005 |
| FRANK S. CHUANG | : | |

### MOTION TO RELEASE BOND PACKAGE

The United States Attorney, through the undersigned Assistant United States Attorney, respectfully requests that the bond package filed in the captioned matter be returned inasmuch as the Court has disposed of this matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*William J. Nardini*

WILLIAM J. NARDINI
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT16012
157 Church Street, 23rd Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Fax: (203) 773-5378
william.nardini@usdoj.gov

SO ORDERED:

*Alfred V. Covello*

HON. ALFRED V. COVELLO
SENIOR UNITED STATES DISTRICT JUDGE

Dated at Hartford, Connecticut,
this 25th day of March, 2005

*[Left margin stamp: Alfred V. Covello, U.S.D.J. 3:03CR22(AVC) 3:03CR222(AVC), March 25, 2005. SO ORDERED. GRANTED.]*