IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : 3:03CV193(AVC) |
| | : 3:03CR272 (AVC) |
| | : 3:03CR22 (AVC) |
| VS. | : |
| | : |
| | : |
| FRANK S. CHUANG, | : |
| Movant/Petitioner | : |

MOTION FOR LEAVE TO FILE
TRAVERSE ON OR BEFORE MARCH 24, 2006

Petitioner, Frank S. Chuang, by and through his attorney, moves this Honorable Court for leave to file a Traverse to the Government's Response to Motion to Vacate, Set Aside or Correct Sentence for the reasons set forth below:

(1) On February 17, 2006, the Government filed a Response to the Motion to Vacate, Set Aside or Correct Sentence filed by Mr. Chuang.

(2) Mr. Chuang is incarcerated at FPC Otisville and does not have personal access to the files and records needed for a Traverse. He requires the assistance of wife.

(3) Mrs. Chuang was ill recently and she required additional time to locate certain files and records relating to assistance she and her husband offered to the government.

(4) Mr. Chuang wishes to file a Traverse to the Government's Answer, including a Declaration.

(5) Counsel for Mr. Chuang attempted to reach William J. Nardini, AUSA for his concurrence or non-concurrence in this motion and Mr. Nardini was not available.

WHEREFORE, Petitioner moves this Honorable Court for leave to file a Traverse to the Government's Response on or before March 24, 2006.

| | |
|---|---|
| Dated: March 16, 2006 | Respectfully submitted, |
| | /s/Cheryl J. Sturm<br>Attorney at Law<br>387 Ring Road<br>Chadds Ford, Pa. 19317<br>484-771-2000 |
| | CT Fed. Bar No. 12801 |

CERTIFICATE OF SERVICE

The undersigned certifies that on the 16th day of March, 2006 she caused a copy of the within Motion for Leave to File Traverse on or before March 24, 2006 to be served upon opposing counsel by United States Mail, first class postage pre-paid and addressed as follows:

William J. Nardini, AUSA
U.S. Attorney's Office
Connecticut Financial Center
157 Church Street
New Haven, CT 06510

Dated: March 16, 2006                           /s/Cheryl J. Sturm