# MEMORANDUM

**To:**        The Honorable Alfred V. Covello
              Senior U.S. District Judge

**From:**      Xenia T. Gray
              U.S. Probation Officer

**Subject:**   **CHUANG, Frank**
              Docket No.: 3:03CR00022(AVC)
                          3:03CR00272(AVC)
              **Request for Permission to Travel**

**Date:**      August 27, 2007

On February 8, 2005, the above-named defendant appeared before Your Honor, after having pled guilty to two counts of Submitting False Claims to the United States Department of Transportation, in violation of 18 U.S.C. § 287 and Tax Evasion, in violation of 26 U.S.C. § 7201. He was sentenced to a term of incarceration for 33 months to run concurrent with each another, followed by 2 years' supervised release. The defendant was ordered to pay a $300 special assessment. As a special condition of supervised release, the defendant was ordered to pay restitution in the amount of $4,210,450.55, which has been paid in full and to participate in mental health treatment as deemed appropriate by the United States Probation Office. The defendant will pay all or a portion of, the costs associated with any such treatment based on his ability to pay in an amount to be determined by the Probation Office.

Supervision of this case commenced on August 3, 2007. Mr.Chuang reported to the probation office for his initial appointment and requested permission to travel with his wife Lily Chuang to Kaohsiung, Taiwan from October 6, 2007, to October 22, 2007, to visit with his family including his mother who will be celebrating her 90th birthday. Please note that the defendant successfully traveled to Taiwan while on Pretrial Supervision in December 2004. The U.S. Probation Office has no objection to Mr. Chuang's request. Assistant U.S. Attorney William J. Nardini was contacted and he has no objection.

Approved:                              Denied:

_____              _____
The Honorable Alfred V. Covello       The Honorable Alfred V. Covello
Senior U.S. District Judge            Senior U.S. District Judge

The Honorable Alfred V. Covello
Senior U.S. District Judge
Page 2
August 27, 2007


Date: _____          Date: _____

XTG:sac